```
1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   SARAH E. SPIELBERGER (Cal. Bar No. 311175)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3358
7       Facsimile: (213) 894-0141
        E-mail:    sarah.spielberger@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00135-SB-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY REVOCATION OF SUPERVISED RELEASE HEARING |
| v. | |
| AILEEN LIZAMA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sarah E. Spielberger, and defendant AILEEN LIZAMA ("defendant"), by and through his counsel of record, Deputy Federal Public Defender Daniel Natal, hereby stipulate as follows:

1. On April 4, 2023, the U.S. Probation Office requested a supervised release hearing for defendant.

2. On April 6, 2023, the Court set a preliminary revocation of supervised release hearing for defendant for April 18, 2023.

3. On April 11, 2023, the Court continued the preliminary revocation hearing in this matter at the request of defense counsel to May 9, 2023.

4. Defendant's probation officer, Probation Officer Brittany Arevalo, is unavailable on May 9, 2023.

5. Defendant and the government request that the Court continue the hearing to June 13, 2023, at 8:00 a.m., with position papers, if any, due no later than noon on June 1, 2023.

6. In the alternative, Defendant and the government request that the Court continue the hearing to June 20, 2023, at 8:00 a.m., with position papers, if any, due no later than noon on June 8, 2023.

7. Probation Officer Brittany Arevalo has no objection to this request.

IT IS SO STIPULATED.

Dated: April 18, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　E. MARTIN ESTRADA
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　MACK E. JENKINS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Chief, Criminal Division


　　　　　　　　　　　　　　　　　　　　/s/ *Sarah E. Spielberger*
　　　　　　　　　　　　　　　　　　SARAH E. SPIELBERGER
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA


　　　　　　　　　　　　　　　　　　　　/s/ *Daniel Natal*
　　　　　　　　　　　　　　　　　　DANIEL NATAL
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender

　　　　　　　　　　　　　　　　　　Attorney for DANIEL NATAL

2